631 A.2d 596

MT. LEBANON SCHOOL DISTRICT and
Mt. Lebanon High School Authority

v.

W.R. GRACE AND COMPANY, a corporation, Appellant.

Supreme Court of Pennsylvania.

Argued Sept. 22, 1993.

Decided Oct. 15, 1993.

Reconsideration Denied Jan. 4, 1994.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

Mr. Justice LARSEN did not participate in the consideration or decision of this case.

Mr. Justice PAPADAKOS dissents.